JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KATHERINE D. SHUMAN, | ) Case No. EDCV 08-1773-VAP |
|---|---|
| Plaintiff, | ) (OPx) |
| v. | ) **JUDGMENT** |
| ETS SERVICES, LLC, DOE 1, and DOES 2-50, inclusive, | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 14, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge